UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SPRING HOMES LLC,                                           Civil Action No.: 14-cv-6605

                                          Plaintiff,

                    -against-                                  AFFIDAVIT OF SERVICE

JEANETTE RIVERA, NEW YORK STATE DEPARTMENT
OF TAXATION AND FINANCE, THE UNITED STATES
OF AMERICA INTERNAL REVENUE SERVICE, NEW
YORK CITY PARKING VIOLATIONS BUREAU, NEW
YORK CITY ENVIRONMENTAL CONTROL BOARD,

                                          Defendant(s).
-----------------------------------------------------------------------X
STATE OF NEW YORK)
                                )ss:
COUNTY OF NASSAU )

          Gina Votta, being duly sworn, deposes and says:

          That I am not a party to the action, am over the age of 18 years and reside in Suffolk
County, State of New York.

          That on January 11ᵗʰ, 2017, deponent served the within Notice of Sale by depositing a
true copy thereof in a post paid wrapper, in an official depository under the exclusive care and
custody of the United States Postal Service within the State of New York, addressed to each of
the following persons at the last known address set forth after each name:

Jeanette Rivera
249-15 145ᵗʰ Avenue
Rosedale, New York 11422

The New York State Department of Taxation and Finance
Building 9, WA Harriman Campus
Albany, NY 12227

The New York City Parking Violations Bureau
100 Church Street
New York, NY 10007

The New York City Environmental Control Board
100 Church Street
New York, NY 10007

The New York City Transit Adjudication Bureau
100 Church Street
New York, NY 10007

Charles Emma, Esq.
8410 3rd Avenue- 2nd Floor
Brooklyn, NY 11209

_____
Gina Votta

Sworn to before me this
11 day of January, 2017

_____
Notary Public

ALYSSA L. KAPNER
Notary Public, State of New York
No. 02KA6237456
Qualified in Nassau County
Commission Expires March 21, 20 19

NOTICE OF SALE

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK.  SPRING HOMES LLC, Pltf. vs. JEANETTE RIVERA, et al, Defts. Civil Action #14-CV-6605 –NG-PK.  Pursuant to judgment of foreclosure and sale dated Nov. 29, 2016, I will sell at public auction at the United States District Court for the Eastern District of New York, located at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY on Feb. 9, 2017 at 11:00 a.m. prem. k/a 249-15 145th Avenue, Rosedale, NY a/k/a Section 57, Block 13581, Lot 23.  Said property beginning at a point on the Northerly side of 145th Ave., distant 145 ft. Easterly from the corner formed by the intersection of the Northerly side of 145th Ave. with the Easterly side of 249th St., being a plot 100 ft. x 45 ft.  Approx. amt. of judgment is $506,605.68 plus costs and interest.   Sold subject to terms and conditions of filed judgment and terms of sale and the right of the United States of America to redeem within 120 days from the date of sale as provided by law.  CHARLES EMMA, Referee.  THE MARGOLIN & WEINREB LAW GROUP, LLP, Attys. for Pltf., 165 Eileen Way, Ste. 101, Syosset, NY. #90386