UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

SPRING HOMES LLC,

                              Plaintiff,

        -against-

JEANETTE RIVERA; NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE;
THE UNITED STATES OF AMERICA INTERNAL
REVENUE SERVICE; NEW YORK CITY PARKING
VIOLATIONS BUREAU, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD, NEW YORK
CITY TRANSIT ADJUDICATION BUREAU and
"JOHN DOE #1 through #12", the last twelve names being
fictitious and unknown to plaintiff, the persons or parties
intended being the tenants, occupants, person or corporations,
if any, having or claiming interest upon the premises described
in the Complaint,

                              Defendants.
-------------------------------------------------------------------------X

14-cv-6605-NG-PK

STIPULATION OF
VOLUNTARY
DISCONTINUANCE
PURSUANT TO
FRCP 41(a)(1)(A)

        Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, it is hereby stipulated

and agreed to, by and between the undersigned counsel on behalf of their respective clients as

follows:

1. That the above entitled action be and the same hereby canceled and discontinued as against
   The United States of America Internal Revenue Service, without prejudice and without
   costs to either party as against the other.

2. No other Defendants have appeared or answered and their time to do so has expired.

3. This notice may be filed without further notice with the Clerk of the Court.

Dated: December 24, 2018

/s/ Alan H. Weinreb
Alan H. Weinreb, Esq.
THE MARGOLIN & WEINREB
LAW GROUP, LLP
*Attorneys* for Plaintiff
Spring Homes LLC

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

Mary M. Dickman, AUSA
(631) 715-7863/ mary.dickman@usdoj.gov
*Attorney* for United States of America
Internal Revenue Service